# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Roberto Ramirez, | Case No.: 2:25-cv-01281-JAD-BNW |
| Petitioner, | **Order Denying IFP Application, Directing Petitioner to Pay Filing Fee and File an Amended Petition on the Court's Approved Form** |
| v. | |
| Jeremy Bean, et al., | [ECF Nos. 1, 1-1] |
| Respondents. | |

*Pro se* Petitioner Roberto Ramirez filed an application to proceed *in forma pauperis* ("IFP")[1] along with a 28 U.S.C. § 2254 petition for writ of habeas corpus,[2] challenging his state conviction. His IFP application, however, demonstrates that he is not eligible for IFP status. In addition, Ramirez submitted his § 2254 petition on a state district court's form, which is the wrong form if he intends to file a federal habeas case.

A $5.00 filing fee is required to initiate a habeas action in a federal district court.[3] The court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency.[4] Although Ramirez submitted his IFP application on an incorrect form, the supporting documents nonetheless show he can pay the $5.00 filing fee. Thus, he does not qualify for a fee waiver. I therefore deny his IFP application and give him until **August 29, 2025**, to pay the $5 filing fee.

---

[1] ECF No. 1.

[2] ECF No. 1-1. The initial screening of the petition under the Rules Governing Section 2254 Cases and consideration of his motion for appointment of counsel (ECF No. 1-2) are deferred until Ramirez has fully complied with this order.

[3] 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees.

[4] 28 U.S.C. § 1915; LSR 1-1, 1-2.

A *pro se* petitioner is required to file his petition on the court's approved form.[5] Ramirez filed his petition on a state district court's form for § 2254 petitions. If Ramirez intends to file a federal habeas case, he must file an amended petition on this court's form **no later than August 29, 2025**. The amended petition must be complete in itself without reference to previously filed papers.[6]

**IT IS THEREFORE ORDERED** that:

1. Petitioner's Application to Proceed *in forma pauperis* **[ECF No. 1] is DENIED.**

2. Ramirez must pay the $5.00 filing fee by **August 29, 2025.**

3. Ramirez must file an amended petition on the court's approved form by **August 29, 2025.**

4. The Clerk of Court is instructed to **send Petitioner (a)** ***two*** **copies of this order**, and **(b) a blank form petition for writ of habeas corpus under 28 U.S.C. § 2254 with instructions**. Ramirez must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

5. **If Petitioner fails to comply with this order by August 29, 2025, this case will be dismissed without prejudice and without further advance notice.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2025

---

[5] *See* LSR 3-1; Habeas Rule 2(d).
[6] LR 15-1.